No. 73–6994.  MIRANDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7007.  MARTINEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–7010.  BUSTER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–7017.  VALENTI v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–7033.  WASHINGTON v. McCARTHY, MEN'S COLONY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 73–7036.  NOLAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7071.  McCRAVY v. ROSE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 73–7103.  PFISTER v. PHOENIX OF HARTFORD INSURANCE CO. ET AL.  Sup. Ct. La.  Certiorari denied.

No. 73–7104.  MURRAY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–7105.  BROWN v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 73–7106.  PEICHEV v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–7109.  BURKE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7110.  DAVIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.